AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

RECEIVED
U.S. MARSHAL'S SERVICE

2023 MAR 16  PM 2: 05
CLERK-LAS CRUCES

2023 MAR -8  PM 1: 25
LAS CRUCES, NEW MEXICO

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Yamilet Isabel MARTINEZ | ) | Case No. 23-427 MJ |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Yamilet Isabel MARTINEZ                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
On or about November 5, 2022 possessed ammunition, along with a firearm, in violation of Title 18, United States Code,
Chapter 44, 922(g)(1)

Date:   03/08/2023

*Issuing officer's signature*

City and state:   Las Cruces, New Mexico

Kevin R. Sweazea, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03|08|2023 , and the person was arrested on *(date)* 03|15|2023 at *(city and state)* ROSWELL, NM |
| Date: 03|15|2023 |

*Arresting officer's signature*

STEVEN ARCHULETA, DUSM
*Printed name and title*