# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                      **Case No. 23 MJ 427 GJF**

**YAMILET ISABEL MARTINEZ,**

    **Defendant.**

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

    COMES NOW, PETER EDWARDS, appointed counsel for the Defendant, Yamilet Isabel Martine, and hereby moves for leave to withdraw as counsel for Ms. Martinez, and in support of his motion would respectfully show the Court as follows:

    1.    During the course of the representation, it has become clear that counsel has a conflict in this case and cannot ethically continue to represent Ms. Martinez.

    2.    Counsel has discussed the conflict with his supervisor and has been directed to file the instant motion.

    3.    Counsel requests the Court grant leave to withdraw, and that the Court appoint substitute counsel forthwith.

    4.    Given the nature of the motion, the government=s position was not sought.

    **WHEREFORE**, for the foregoing reason, counsel for Yamilet Isabel Martinez, Defendant, respectfully prays the Court enter an order granting counsel leave to withdraw

from Ms. Martinez's representation, and for appointment of substitute counsel forthwith.

>Respectfully Submitted,
>
>**FEDERAL PUBLIC DEFENDER**
>506 S. Main St., Suite 400
>Las Cruces, NM    88001
>Telephone: (575) 527-6930
>
>*Electronically filed on March 17, 2023*
>By: */s/ Peter Edwards*
>PETER EDWARDS
>Assistant Federal Public Defender
>Las Cruces Office