IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 23 MJ 427 GJF

YAMILET ISABEL MARTINEZ,

    Defendant.

## **O R D E R**

THIS MATTER is before the Court on the Motion to Withdraw filed by Peter Edwards, counsel appointed to represented Defendant Yamilet Isabel Martinez. The Court finds that the motion is well-taken and should be granted.

NOW THEREFORE,

IT IS HEREBY ORDERED that the Motion to Withdraw filed by Peter Edwards is granted. The Clerk shall appoint new counsel to represent Defendant in this matter forthwith.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
Peter Edwards
Assistant Federal Public Defender