# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY J. FOURATT

CRIMINAL CLERK'S MINUTES at Las Cruces
**(VIA ZOOM VIDEOCONFERENCE)**

| Case Number: | **23-427 MJ** | Date: | **3/22/2023** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: | | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **YAMILET ISABEL MARTINEZ** | **CORI ANN HARBOUR-VALDEZ** | ☒ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **DEVON ARAGON-MARTINEZ** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:03-9:07 A.M. (4 min)** | |

| | |
|---|---|
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☒ | Set for a detention hearing on Monday, 3/27/2023 @ 9:00 a.m. (Sierra Blanca-Remote). Defendant to be interviewed by Pretrial Services. |

| | |
|---|---|
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | Other: DEFENSE COUNSEL REQUESTS CONTINUANCE OF THE DETENTION HEARING UNTIL MONDAY, 3/27/2023 TO ALLOW PRETRIAL TO INTERVIEW DEFENDANT AND A POTENTIAL THIRD-PARTY CUSTODIAN. COURT GRANTS CONTINUANCE AND RESETS THE DETENTION HEARING ON MONDAY, 3/27/2023 @ 9:00 A.M. DEFENDANT TO BE INTERVIEWED BY PRETRIAL SERVICES. |