# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **MJ 23-427** | Date: | **3/27/2023** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: | **DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd | Ret'd. |
|---|---|---|---|
| **YAMILET ISABEL MARTINEZ** | **CORI ANN HARBOUR-VALDEZ** | ☒ | ☐ |
| **(DEFENDANT APPEARED VIA ZOOM VIDEOCONFERENCE)** | | ☐ | ☐ |
| Assistant U.S. Attorney: **MARK STALTMAN** | Interpreter: **N/A** | | |
| Pretrial Officer: **GUADALUPE GARCIA** | Court in Session: **10:02-10:04 A.M. (2 MINS)** | | |

- ☐ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☐ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court

- ☒ Defendant detained as a flight risk and danger to the community
- ☐ Conditions of Release continued on Page 2

☒ OTHER: DEFENSE COUNSEL HAS NOTHING TO PRESENT REGARDING DETENTION AND ARE STILL LOOKING FOR A SUITABLE THIRD-PARTY CUSTODIAN. **COURT'S RULING – COURT DETAINS DEFENDANT FOR THE REASONS OUTLINED IN THE ORDER OF DETENTION.**