IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO.: 23-MJ-00427-GJF |
| **YAMILET ISABEL MARTINEZ,** | § | |
| Defendant. | § | |

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

COMES NOW, Defendant **YAMILET ISABEL MARTINEZ**, by and through her attorney CORI A. HARBOUR-VALDEZ, and hereby gives notice that Defendant intends to enter a plea to the Information in this matter.

Thus, Defendant provides notice to Court of her intent to enter a guilty plea and further acknowledges that the time period from August 22, 2023, to the date of the change of plea hearing, should be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(1)(D).[1]

Respectfully submitted,

THE HARBOUR LAW FIRM, P.C.
701 N. Saint Vrain, Suite 203
El Paso, Texas 79902
Telephone: (915) 544-7600
Facsimile: (915) 975-8036
Email: cori@harbourlaw.net

---

[1] *See United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")

1

By: *s/ Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez

## CERTIFICATE OF SERVICE

I, Cori A. Harbour-Valdez, do certify that on August 22, 2023, I caused the instant document to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

*s/ Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez