**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 20 2023

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. CR-23-1421-RB |
| Plaintiff, ) | |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1) and 924:  Felon in Possession of a Firearm and Ammunition. |
| ) | |
| **YAMILET ISABEL MARTINEZ,** ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about November 5, 2022, in Chaves County, in the District of New Mexico, the defendant, **YAMILET ISABEL MARTINEZ**, knowingly possessed a firearm and ammunition, in and affecting commerce, having previously been convicted of at least one felony crime punishable by imprisonment for a term exceeding one year, one year, specifically, 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, and knowing that he had been convicted of such a crime.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **YAMILET ISABEL MARTINEZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

d.  Raven Arms MP25 .25 caliber handgun, serial number 1193516;

e.  9mm Luger round and

f.  9mm magazine with live rounds.

ALEXANDER M.M. UBALLEZ
United States Attorney

*[signature]*

MARIA Y. ARMIJO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304