FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 20 2023

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,            )
                                     )
         Plaintiff,                  )   CRIMINAL NO. CR 23-1421 RB
                                     )
vs.                                  )
                                     )
YAMILET ISABEL MARTINEZ,             )
                                     )
         Defendant.                  )

## WAIVER OF INDICTMENT

**YAMILET ISABEL MARTINEZ**, the above-named defendant, who is accused of 18 U.S.C. §§ 922(g)(1): Felon in Possession of a Firearm and Ammunition, being advised of the nature of the charge and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

YAMILET ISABEL MARTINEZ
Defendant

CORI ANN HARBOUR-VALDEZ
Attorney for Defendant

Date: 8/28/2023