# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **23-1421 RB** | USA vs.: | **MARTINEZ** | |
| Date: | **02/15/2024** | Name of Deft: | **YAMILET ISABEL MARTINEZ** | |

| | |
|---|---|
| Before the Honorable: | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:26 AM – 10:49 AM** | Total Time in Court (for JS10): | **23 MINUTES** |
| Clerk: | **JO ANN O. STANDRIDGE** | Court Reporter: | **ANDREA LYNCH (ZOOM)** |
| AUSA: | **KIRK WILLIAMS** | Defendant's Counsel: | **CORI ANN HARBOUR-VALDEZ** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** |
| Probation Officer: | **RACHEL STEVENS** | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | | As to: | **X** Information | Indictment | |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | Accepted | Not Accepted | **X** No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | **09/20/2023** | | | PSR: | **X** Not Disputed | Disputed | |
| PSR: | **X*** Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | Needed | |

Exceptions to PSR: **PSR CORRECTION: CORRECTION TO THE SPELLING OF FATHER'S NAME AND 2 SISTERS' NAMES.**

## SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| | | Imprisonment (BOP): | **32 MONTHS** |
| Supervised Release: | **3 YEARS** | Probation: | |
| **X** 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | OTHER: |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | | **X** ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulations | **X** | Community service: 100 hours during term of TSR |
| **X** | Participate in/successfully complete outpatient subst abuse program/testing (up to 60 tests per year) | | Reside halfway house ___ months ___ days |
| **X** | Participate in/successfully complete mental health program / take all medication(s) as prescribed by treating physician(s) | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol / testing (up to 4 tests per day) | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | Grant limited waiver of confidentiality (subst abuse / mental) | | Restricted from occupation with access to children |
| | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | **X** | Not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia. |

**OTHER:**

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | **N/A** ($5,000 JVTA) |
| SPA: $ | **100.00** ($100 as to each Count) | Payment Schedule: | **X** Due Imm. / Waived |

OTHER:

| | | |
|---|---|---|
| **X** | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **FCI PHOENIX, AZ (IF ELIGIBLE)** |
| | Dismissed Counts: | |

OTHER COMMENTS: